# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WALLACE GARY COLLIER,
a/k/a GARY WINTERS,

    Plaintiff,

v.                                CASE NO. 4:19cv53-RH-MAF

JULIE L. JONES, WOODROW A. MYERS,
and CORIZON HEATL SERVICES,

    Defendants.

_____/

## ORDER DENYING MS. JONES'S
## AMENDED MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 57. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant Julie L. Jones's amended motion to dismiss, ECF No. 44, is denied.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 29, 2021.

s/Robert L. Hinkle  
United States District Judge
